UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

HANS RUIGROK,            )
                         )
    Plaintiff            )
                         )
         v.              )
                         )  C.A. File No. _____
SCANDENT GROUP, INC.     )
                         )
    Defendants           )

### CORPORATE DISCLOSURE STATEMENT

Defendant Scandent Group, Inc. is a wholly owned subsidiary of Scandent Network Private Limited, India.

Burlington, Vermont.                     August 26, 2004

                                         _____
                                         Patricia M. Sabalis
                                         BBO # 436730
                                         Downs Rachlin Martin PLLC
                                         199 Main Street, P.O. Box 190
                                         Burlington, VT 05402-0190
                                         (802) 863-2375

                                         *Attorneys for Scandent Group, Inc.*

I hereby certify that a true copy of the above document was served upon Gregg A. Rubenstein, Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110-1832, the attorney of record for Plaintiff, by first class mail on August 26, 2004.

                                         _____
                                         Patricia M. Sabalis

BTV.272090.1

DOWNS
RACHLIN
MARTIN PLLC