UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HANS RUIGROK,<br><br>        Plaintiff,<br><br>        v.<br><br>SCANDENT GROUP, INC.,<br><br>        Defendant. | CIVIL ACTION NO. 04-11887-MLW |

## **LOCAL RULE 16.1 CERTIFICATION**

Plaintiff, Hans Ruigrok, and his counsel certify that they have conferred with defendant and its counsel: (a) with a view to establishing a budget for the costs of conducting the full course--and various alternatives courses--of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

BOS1434709.1

Respectfully submitted,

HANS RUIGROK

By his attorneys,                          HANS RUIGROK


_____                  _____
Gregg A. Rubenstein (BBO #639680)          Hans Ruigrok
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

Dated: November __, 2004

BOS1434709.1