UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HANS RUIGROK, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 04-11887-MLW |
| v. | ) ) | |
| SCANDENT GROUP, INC., | ) ) | |
| Defendant. | ) ) | |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b), Local Rule 16.1 and this Court's Notice of Scheduling Conference, dated November 5, 2004, the parties submit this Joint Statement setting forth their proposed discovery plans and motion schedules. The parties will file separately their respective certifications.

A. **Proposed Discovery Plan**

The parties the following discovery schedule:

1. Initial Disclosures completed on or before December 31, 2004.

2. Close of discovery on July 31, 2005.

3. Plaintiff shall disclose its expert witness(es) on or before August 31, 2005.

4. Defendants shall disclose their expert witness(es) on or before September 30, 2005

B. **Proposed Motion Schedule**

The parties propose that all motions pursuant to Rule 56 be filed on or before thirty (30) days after the last expert disclosure. Oppositions to such motions shall be due within thirty (30)

BOS1434718.1

days of service. Reply Memorandum may be filed no later than ten (10) days after service of any opposition.

    **C.**    **Matters To Be Discussed At Scheduling Conference**

None.

    **D.**    **Trial By Magistrate Judge**

Neither party consents to trial by magistrate judge in this matter.

Respectfully submitted,

| HANS RUIGROK | SCANDENT GROUP, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ G. Rubenstein<br>Gregg A. Rubenstein (BBO #639680)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000 | /s/ P. Sabalis<br>Patricia M. Sabalis (BBO #436730)<br>Downs Rachlin Martin PLLC<br>199 Main Street<br>Post Office Box 190<br>Burlington, VT 05402-0190<br>(802) 863-2375 |