UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS RUIGROK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | C.A. File No. 04-11887 MLW |
| SCANDENT GROUP, INC. ) | |
| ) | |
| Defendants ) | |

### MOTION TO BE EXCUSED FROM SCHEDULING CONFERENCE
### AND
### TO ADOPT THE JOINT STATEMENT FOR THE SCHEDULING CONFERENCE

Defendant Scandent Group, Inc. moves this court to excuse its counsel from personal attendance at the initial scheduling conference, scheduled for Thursday, December 9, 2004 at 2:15 p.m. As grounds for this motion, Defendant states that it and Plaintiff have agreed to a Joint Statement for Scheduling Conference, which was filed electronically on November 24, 2004 Copy attached as Exhibit A. Further, since Defendant's counsel is located in Burlington, Vermont, personal attendance would be inconvenient.

Defendant also moves this Court to adopt the parties' Joint Statement for Scheduling Conference. Undersigned counsel is authorized to represent that Plaintiff joins in this motion.

DOWNS
RACHLIN
MARTIN PLLC

2

Burlington, Vermont.                    December 3, 2004

                                        /s/ Patricia M. Sabalis
                                        Patricia M. Sabalis
                                        BBO # 436730
                                        Downs Rachlin Martin PLLC
                                        199 Main Street, P.O. Box 190
                                        Burlington, VT 05402-0190
                                        (802) 863-2375

                                        *Attorneys for Scandent Group, Inc.*

I hereby certify that a true copy of the above document was served upon Gregg A. Rubenstein, Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110-1832, the attorney of record for Plaintiff, by e-mail and first class mail on December 3, 2004.

                                        /s/ Patricia M. Sabalis
                                        Patricia M. Sabalis

BTV.385632.1

Exhibit A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HANS RUIGROK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCANDENT GROUP, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 04-11887-MLW |

## JOINT STATEMENT FOR SCHEDULING CONFERENCE

Pursuant to Fed. R. Civ. P. 16(b), Local Rule 16.1 and this Court's Notice of Scheduling Conference, dated November 5, 2004, the parties submit this Joint Statement setting forth their proposed discovery plans and motion schedules. The parties will file separately their respective certifications.

A.   **Proposed Discovery Plan**

The parties the following discovery schedule:

1. Initial Disclosures completed on or before December 31, 2004.

2. Close of discovery on July 31, 2005.

3. Plaintiff shall disclose its expert witness(es) on or before August 31, 2005.

4. Defendants shall disclose their expert witness(es) on or before September 30, 2005

B.   **Proposed Motion Schedule**

The parties propose that all motions pursuant to Rule 56 be filed on or before thirty (30) days after the last expert disclosure. Oppositions to such motions shall be due within thirty (30)

BOS1434718.1

- 2 -

days of service. Reply Memorandum may be filed no later than ten (10) days after service of any opposition.

### C. Matters To Be Discussed At Scheduling Conference

None.

### D. Trial By Magistrate Judge

Neither party consents to trial by magistrate judge in this matter.

Respectfully submitted,

| HANS RUIGROK | SCANDENT GROUP, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ G. Rubenstein<br>Gregg A. Rubenstein (BBO #639680)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, Massachusetts 02110<br>(617) 345-1000 | /s/ P. Sabalis<br>Patricia M. Sabalis (BBO #436730)<br>Downs Rachlin Martin PLLC<br>199 Main Street<br>Post Office Box 190<br>Burlington, VT 05402-0190<br>(802) 863-2375 |

BOS1434718.1