UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

HANS RUIGROK, )
)
Plaintiff )
)
v. )
)
SCANDENT GROUP, INC. ) C.A. File No. 04-11887-MLW
)
Defendants )
)

## LOCAL RULE 16.1 CERTIFICATION

Defendant Scandent Group, Inc. and its counsel certify that they have conferred (a) with a view to establish a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

December 6, 2004

Scandent Group, Inc.

By: _____
Its Duly Authorized Representative.

_____
Patricia M. Sabalis
BBO # 436730
Downs Rachlin Martin PLLC
199 Main Street, P.O. Box 190
Burlington, VT 05402-0190
(802) 863-2375
*Attorneys for Scandent Group, Inc.*

I hereby certify that a true copy of the above document was served upon Gregg A. Rubenstein, Nixon Peabody LLP, 100 Summer Street, Boston, Massachusetts 02110-1832, the attorney of record for Plaintiff, by first class mail on December 7, 2004.

_____
Patricia M. Sabalis

DOWNS
RACHLIN
MARTIN PLLC