UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__RUIGROK_____
              Plaintiff

              v.                      Case Number: __CV 04-11887-MLW__

__SCANDENT GROUP INC._____
              Defendant

**ORDER OF INTERIM REFERRAL**
**January 27, 2005**

SWARTWOOD, CMJ

      The above captioned case, previously assigned to Magistrate Judge Lawrence P. Cohen, is referred to Magistrate Judge ___Robert B. Collings___ solely for the purpose of handling any emergency matters that may arise between this date and the date of appointment of the Court's new Magistrate Judge.

      Should any emergency business arise, counsel are directed to contact the courtroom clerk for the interim Magistrate Judge.

                                          /s/ *Charles B. Swartwood* III
                                          Charles B. Swartwood III
                                          Chief Magistrate Judge