UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HANS RUIGROK, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. File No. 04-11887 MLW |
| SCANDENT GROUP, INC. | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by their respective attorneys, hereby stipulate that this matter

may be dismissed with prejudice, each party to bear his or its own attorneys' fees, costs, and

expenses.

Respectfully submitted,

| **HANS RUIGROK** | **SCANDENT GROUP, INC.** |
|---|---|
| By his attorneys, | By its attorneys, |
| | |
| /s/ G. Rubenstein | /s/ P. Sabalis |
| Gregg A. Rubenstein (BBO #639680) | Patricia M. Sabalis (BBO #436730) |
| Nixon Peabody LLP | Downs Rachlin Martin PLLC |
| 100 Summer Street | 199 Main Street, P.O. Box 190 |
| Boston, MA 02110 | Burlington, VT 05402-0190 |
| (617) 345-1000 | (802) 863-2375 |

Dated: April 18, 2005

BOS1484606.1